Clyde B. HURTT, etc.

v.

HARLEM BOOK COMPANY.

No. 17155.

United States Court of Appeals
Eighth Circuit.

Sept. 6, 1962.

John P. Montrey, St. Louis, Mo., for appellant.

Jerome R. Mandelstamm, St. Louis, Mo., for appellee.

Appeal from District Court docketed and dismissed on motion of appellee, 31 F.R.D. 177.